**Priority**
**Send**
**Enter**
**Closed**
**JS-5/JS-6**
**JS-2/JS-3**
**Scan Only**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSHEB MIRZA, | CASE NO. CV 07-08197 R (SS) |
| Petitioner, | **ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| BRUNO STOLC, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Amended Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Amended Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

Accordingly, **IT IS ORDERED THAT:**

1. Judgment shall be entered dismissing this action with prejudice for failure to prosecute and obey court orders.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 3.3.08

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE